IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :
ex rel., JOHN DOE, :
                                    :
        Plaintiffs, :
                                    :
     v. :   Civil Action No. 11-684-RGA
                                    :
MEDCO HEALTH SOLUTIONS, INC., :
et al., :
                                    :
        Defendants. :

**MEMORANDUM ORDER**

I have a motion for a protective order. (D.I. 62). I think the prudent course is to defer to the New Jersey State Courts on the use and alleged abuse of New Jersey's investigative subpoenas. Medco argues that New Jersey is not complying with its own False Claims Act statute. (D.I. 63, p. 9). Medco raises important issues under New Jersey law which ought to be decided by courts familiar with New Jersey law. It is represented that there is a proceeding in New Jersey that seems likely to resolve these issues shortly.

It seems to me that the appropriate time for me to consider any misconduct issues related to this subject would be if and when New Jersey moves to intervene. It may be the case that New Jersey has effectively forfeited any right to participate in this case, but any decision on that would be much better informed by a New Jersey Court's determination of New Jersey law.

The motion for a protective order (D.I. 62) is **DENIED**.

IT IS SO ORDERED this 16 day of October 2015.

*Richard G. Andrews*
United States District Judge