IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> STATE OF CALIFORNIA, <br> STATE OF FLORIDA, <br> STATE OF NEW JERSEY, and <br> STATE OF NEW YORK, <br> <br> *ex rel.,* PAUL DENIS, <br> <br> Plaintiffs, <br> v. <br> <br> MEDCO HEALTH SOLUTIONS, INC., and <br> EXPRESS SCRIPTS HOLDING COMPANY, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 11-684 (RGA) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANTS' MOTION TO DISMISS
### RELATOR'S FOURTH AMENDED COMPLAINT

Defendants Medco Health Solutions, Inc. and Express Scripts Holding Company move to dismiss Relator's Fourth Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 9(b). The bases for this motion are set forth in the Opening Brief filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

OF COUNSEL:

Enu Mainigi
Craig D. Singer
Jennifer Wicht
Holly M. Conley
D. Keith Clouser
WILLIAMS & CONNOLLY LLP
725 Twelfth St., NW
Washington, DC  20005

March 10, 2017

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 10, 2017, upon the following in the manner indicated:

| | |
|---|---|
| William E. Olson<br>U.S. DEPARTMENT OF JUSTICE - CIVIL DIVISION<br>P.O. Box 261, Ben Franklin Station<br>Washington, DC  20044<br>*Attorneys for Plaintiff United States of America* | *VIA ELECTRONIC MAIL* |
| Shannon Thee Hanson<br>U.S. ATTORNEY'S OFFICE<br>The Nemours Building<br>1007 Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington, DE  19899-2046<br>*Attorneys for Plaintiff United States of America* | *VIA ELECTRONIC MAIL* |
| Tiphanie P. Miller<br>DELAWARE DEPARTMENT OF JUSTICE<br>MEDICAID FRAUD CONTROL UNIT<br>900 North King Street, 4th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs State of Florida, State of New Jersey and State of California* | *VIA ELECTRONIC MAIL* |
| Mark E. Critchley<br>DELAWARE DEPARTMENT OF JUSTICE<br>MEDICAID FRAUD CONTROL UNIT<br>900 North King Street, 4th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff State of New Jersey* | *VIA ELECTRONIC MAIL* |

Jeffrey S. Goddess                                                                      *VIA ELECTRONIC MAIL*
ROSENTHAL, MONHAIT & GODDESS, P.A.
Mellon Bank Center, Suite 1401
P.O. Box 1070
919 Market Street
Wilmington, DE  19899-1070
*Attorneys for Relator*

David S. Stone                                                                          *VIA ELECTRONIC MAIL*
STONE & MAGNANINI LLP
100 Connell Drive, Suite 2200
Berkeley Heights, NJ  07922
*Attorneys for Relator*

                                                              */s/ Rodger D. Smith II*

                                                              Rodger D. Smith II (#3778)