IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF FLORIDA, and STATE OF NEW JERSEY, ex rel., PAUL DENIS, Plaintiffs, v. MEDCO HEALTH SOLUTIONS, INC., and EXPRESS SCRIPTS HOLDING COMPANY, Defendants. | Civ. No. 11-684-RGA |

**ORDER**

IT IS HEREBY ORDERED that:

1. Defendants' Motion to Dismiss (D.I. 114) is GRANTED;

2. Plaintiffs' Fourth Amended Complaint (D.I. 111) is DISMISSED WITH PREJUDICE; and

3. The clerk of court is directed to CLOSE this case.

Dated: October 26, 2017

_____
UNITED STATES DISTRICT JUDGE